UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

---

UNITED STATES OF AMERICA,

        Plaintiff,

v.                                              Case No. 03-CR-117

STEVEN ZEPNICK,

        Defendant.

---

**ORDER FOR RELEASE OF VEHICLE TITLE**

Defendant Steven Zepnick was ordered to post the title for his 1996 Dodge Ram as a condition of his release in the above matter. The case has now been concluded and Zepnick has complied with the conditions of his bond. Accordingly, the clerk is hereby directed to return to Zepnick the title to his vehicle.

SO ORDERED this   13th   day of February, 2006.

                                                            s/ William C. Griesbach
                                                            William C. Griesbach
                                                            United States District Judge